**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Dalton-Ross Homes, Inc., | ) | |
| Plaintiff, | ) ) | No. CV 06-0851-PCT-PGR |
| vs. | ) ) | ORDER |
| Harris Brothers, Inc., et al., | ) ) | |
| Defendants. | ) ) | |

IT IS ORDERED that the parties' Joint Motion to Request Settlement Conference With a Federal Magistrate Judge (doc. #18) is granted and that this matter is referred to the Honorable Edward C. Voss by automated random selection for the sole purpose of scheduling and conducting a settlement conference.

IT IS FURTHER ORDERED that the parties' Joint Motion to Continue the Scheduling Conference and Case Management Report (doc. #17) is granted and that the Scheduling Conference set for July 31, 2006 is vacated, as is the deadline for filing the Joint Case Management Report, both to be reset if necessary after the conclusion of the parties' settlement conference.

- 1 -

1  IT IS FURTHER ORDERED that the parties shall file a joint report setting
2 forth the outcome of their settlement conference no later than ten days after the
3 conclusion of the settlement conference.
4  DATED this 18th day of July, 2006.

_____
Paul G. Rosenblatt
United States District Judge