1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

9  Dalton-Ross Homes, Inc.,                )   No. CV-06-851-PCT-PGR
                                           )
10          Plaintiff,                     )   **SETTLEMENT CONFERENCE ORDER**
                                           )
11  vs.                                    )
                                           )
12  Harris Brothers, Inc., et al.,         )
                                           )
13          Defendants.                    )
                                           )

14
15
16
17
18

        This case has been referred to United States Magistrate Judge Edward C. Voss for a
settlement conference.  The purpose of the settlement conference is to facilitate resolution
of the referenced case.

19
20
21
22
23
24

        Rule 408, Federal Rules of Evidence, applies to all aspects of the settlement
conference. All communications and information exchanges made in the settlement process,
not otherwise discoverable, will not be admissible in evidence for any purpose.  At the
conclusion of the settlement conference, all documents submitted by the parties shall be
returned, destroyed, or otherwise disposed of in the manner directed by the settlement judge.

25
        Pursuant to Rule 16, Federal Rules of Civil Procedure, and 28 U.S.C. §473(b)(5),

26
        **IT IS ORDERED** that all parties and, if represented, their counsel, **SHALL**

27
physically appear before Magistrate Judge Edward C. Voss, Courtroom 304, Sandra Day

28
O'Connor U.S. Courthouse, 401 West Washington Street, Phoenix, Arizona, on **Thursday,**

1  **August 17, 2006 at 9:00 a.m.**  The settlement conference shall continue until concluded by

2  the court.

3      **IT IS FURTHER ORDERED** that each separately represented party and each

4  unrepresented party, if any, shall submit a completed settlement statement form (a copy is

5  attached for your use) in an envelope marked "Confidential" addressed to Hon. Edward C.

6  Voss, Settlement Conference Judge, United States District Court, 401 West Washington

7  Street, SPC 75, Phoenix, Arizona, 85003-2120.  The statement may be hand-delivered or

8  mailed; however, **it must be received by the Settlement Conference Judge on or before**

9  **August 2, 2006.**

10      **IT IS FURTHER ORDERED COUNSEL WHO WILL BE RESPONSIBLE FOR**

11  **TRIAL OF THE LAWSUIT FOR EACH PARTY SHALL PERSONALLY APPEAR**

12  **AND PARTICIPATE IN THE SETTLEMENT CONFERENCE**.

13      **IT IS FURTHER ORDERED** that each party shall attend the settlement conference

14  in person unless the court finds good cause to permit a party to appear by telephone.  A

15  corporation, association, partnership, business entity, organization, governmental agency, or

16  political body shall appear through a representative having binding settlement authority in

17  addition to counsel.

18      **IT IS FURTHER ORDERED that an attorney's FAILURE TO APPEAR WITH**

19  **THE CLIENT WILL RESULT IN SANCTIONS.**

20      DATED this 19th day of July, 2006.

21

22

23

24                    Edward C. Voss
                United States Magistrate Judge
25

26

27

28

- 2 -

**CONFIDENTIAL SETTLEMENT STATEMENT**

IN RE: CV-

_____

**THIS DOCUMENT IS CONFIDENTIAL AND SHOULD BE SENT DIRECTLY TO THE SETTLEMENT CONFERENCE JUDGE, HON. EDWARD C. VOSS, UNITED STATES DISTRICT COURT, 401 WEST WASHINGTON STREET, SPC 75, PHOENIX, ARIZONA, 85003-2120.  THIS DOCUMENT SHALL NOT BE SERVED ON THE OPPOSING PARTY NOR FILED WITH THE CLERK OF THE COURT.  THIS DOCUMENT WILL BE DESTROYED AT THE CONCLUSION OF THE SETTLEMENT CONFERENCE PROCEEDINGS.  NO REFERENCE TO THIS DOCUMENT OR ITS CONTENTS SHALL BE MADE IN ANY MOTIONS, BRIEFS OR OTHER DOCUMENTS FILED IN THIS CASE. THIS DOCUMENT SHALL BE INADMISSIBLE IN EVIDENCE IN ANY JUDICIAL PROCEEDING.**

PARTY SUBMITTING STATEMENT:_____

NAME OF ATTORNEY SUBMITTING STATEMENT:_____
(OR PARTY IF UNREPRESENTED BY COUNSEL)

    ADDRESS:_____

             _____

    PHONE:   _____

    FAX:       _____

1  SHORT DESCRIPTION OF FACTS:
2
3
4
5
6
7
8
9
10
11
12
13
14  ISSUES TO BE RESOLVED:
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  DESCRIBE ANY PRIOR SETTLEMENT DISCUSSIONS, OFFERS OR DEMANDS:

2

3

4

5

6

7

8

9

10

11

12

13

14  DESCRIBE THE STRENGTHS AND WEAKNESSES OF YOUR CASE:

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  IN ADDITION TO ECONOMIC INTERESTS, WHAT OTHER OUTCOME DO YOU
2  HOPE TO ACHIEVE AS A RESULT OF THIS LITIGATION?

3

4

5

6

7

8

9

10

11

12  ANY OTHER INFORMATION THAT YOU FEEL WOULD HELP THE
13  SETTLEMENT CONFERENCE JUDGE:

14

15

16

17

18

19       **The parties are free to use any format to provide answers to the questions
20  posed.  The only limit to the length of any answer provided is the application of
    common sense.**

21

22       DATED this _____ day of _____, 2004.

23

24       _____
25       Signature of Counsel or Party

26

27

28