**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Dalton-Ross Homes, Inc., | ) | |
| Plaintiff, | ) | No. CV-06-0851-PCT-PGR |
| vs. | ) | |
| | ) | ORDER |
| Harris Brothers, Inc., et al., | ) | |
| Defendants. | ) | |

The plaintiff and defendants Durbin and Ferguson-Durbin having filed a Stipulation to Dismiss with Prejudice (doc. #23) pursuant to Fed.R.Civ.P. 41(a)(1) wherein they state in part that the plaintiff's "claims against Defendants are dismissed with prejudice" and that "[t]his lawsuit shall be dismissed with prejudice[,]"[1]

IT IS ORDERED that this action is dismissed in its entirety with prejudice,

/ / /

---

[1] The Court construes the document as also being a notice of voluntary dismissal by the plaintiff as to defendant Harris Brothers, Inc.

- 1 -

1 with the parties bearing their own attorneys' fees and costs.

2     DATED this 27th day of September, 2006.

```
                              _____
                              Paul G. Rosenblatt
                              United States District Judge
```